**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | IN CHAPTER 13 PROCEEDING |
| ) | NO. 13-11678-KAO |
| JAMES NELSON LEE, JR. and ) | |
| ANNE MARIE LEE, ) | ORDER EXTENDING AND CONTINUING |
| ) | AUTOMATIC STAY |
| Debtors. ) | |
| ) | |

THIS MATTER having come before this Court upon the debtors' Motion for an Order extending and continuing the automatic stay pursuant to 11 U.S.C. §362(c)(3)(A), proper notice having been given and the Response Date having passed with no response having been filed, now, therefore, it is hereby

ORDERED that debtors' motion is granted, and the automatic stay be and hereby is extended and shall continue in this case as to all creditors, without limitation, beyond the 30 day statutory period proscribed by 11 U.S.C. §362 and throughout the remainder of the case unless modified by further Court Order.

/ / / End of Order / / /

Presented by:

KIMBERLY J. MacLEOD, P.C.

*/s/ Kimberly J. MacLeod*
KIMBERLY J. MacLEOD, WSBA #16366
Attorney for Debtors

ORDER - 1

*Law Offices of*
**Kimberly J. MacLeod, P.C.**
320 Dayton Street, Suite 125
Edmonds, WA 98020
PHONE: (425) 673-6300
FAX: (425) 673-6303